IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00965-RPM

BOARD OF TRUSTEES OF THE
RIO GRANDE EMPLOYEES HOSPITAL ASSOCIATION,

        Plaintiff,

v.

PINNACOL ASSURANCE, a Colorado domestic mutual insurance company;
JON AMUNDSON,
INDEPENDENT REBUILD SPECIALISTS, LLC, a Colorado limited liability company;
COLORADO DIVISION OF WORKERS' COMPENSATION, a Division of the State of Colorado; and
COLORADO OFFICE OF ADMINISTRATIVE COURTS,

        Defendants.
_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

Upon consideration of the Unopposed Motion for Leave to Amend Complaint [7], filed on July 3, 2008, it is

ORDERED that the motion is granted and the First Amended Complaint for Declaratory Relief attached thereto is deemed filed.

DATED: July 3rd, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge