IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00965-RPM

BOARD OF TRUSTEES OF THE
RIO GRANDE EMPLOYEES HOSPITAL ASSOCIATION,

        Plaintiff,
v.

PINNACOL ASSURANCE, a Colorado domestic mutual insurance company;
JON AMUNDSON,
INDEPENDENT REBUILD SPECIALISTS, LLC, a Colorado limited liability company;
COLORADO DIVISION OF WORKERS' COMPENSATION, a Division of the State of Colorado; and
COLORADO OFFICE OF ADMINISTRATIVE COURTS,

        Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **October 17, 2008, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 9, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: September 19th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge