IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00965-RPM

BOARD OF TRUSTEES OF THE
RIO GRANDE EMPLOYEES HOSPITAL ASSOCIATION,

    Plaintiff,

v.

PINNACOL ASSURANCE, a Colorado domestic mutual insurance company;
JON AMUNDSON,
INDEPENDENT REBUILD SPECIALISTS, LLC, a Colorado limited liability company;
COLORADO DIVISION OF WORKERS' COMPENSATION, a Division of the State of Colorado; and
COLORADO OFFICE OF ADMINISTRATIVE COURTS,

    Defendants.
_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

    A scheduling conference was held in this civil action today. After hearing from counsel for defendant Jon Amundson and counsel for the plaintiff and for defendant Pinnacol Assurance, it is apparent that the dispositive question in this matter as well as in related litigation is whether Jon Amundson was an employee of Independent Rebuild Specialist, LLC at the time of his injury. That is a matter for determination by the Colorado Division of Workers' Compensation which has primary jurisdiction. Counsel for Mr. Admundson indicates that Mr. Admunson intends to file a workers' compensation claim. Under these circumstances, the plaintiff does not have standing to pursue this civil action seeking a declaratory judgment concerning whether the Colorado Workers' Compensation Act's prohibition of assignment is preempted by ERISA. The question of preemption is not ripe and it is therefore

    ORDERED that this civil action is dismissed, without prejudice, for lack of jurisdiction.

    DATED: October 14th, 2008

                                       BY THE COURT:

                                       s/ Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior Judge